# Court of Appeals of the State of Georgia

ATLANTA,  February 17, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1130. TAMARA SEARCY v. VELOCITY INVESTMENTS, LLC.

Following an adverse ruling in magistrate court, plaintiff Tamara Searcy appealed to the state court. The state court entered judgment in favor of Velocity Investments, LLC. Searcy filed a notice of appeal from that judgment. We lack jurisdiction.

Appeals from a state court's review of a magistrate court's decision must be brought by discretionary application. OCGA § 5-6-35(a)(11), (b); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82, 82 (453 SE2d 119) (1995). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dep't of Human Res.*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Searcy's failure to comply with the discretionary appeals procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  02/17/2026

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*